**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

SHEILA JORDAN CUNNINGHAM,    )
      Plaintiff,             )
                        )
v.                         )        No. 2:25-cv-2258-SHL-atc
                        )
SUSAN METZ and FIDELITY
INVESTMENTS,               )
      Defendants.         )

**ORDER GRANTING IN PART UNOPPOSED MOTION TO STRIKE SCHEDULING
CONFERENCE, OR IN THE ALTERNATIVE FOR CONTINUANCE**

Before the Court is Defendant Susan Metz's Unopposed Motion to Strike Scheduling Conference, or in the Alternative, for Continuance, filed September 24, 2025. (ECF No. 31.) In the Motion, Metz explains that her counsel will be out of the country on October 1, the day of the Scheduling Conference, and, in any event, suggests that because there are parallel proceedings in South Dakota, and a pending motion to dismiss here, indefinitely delaying the Scheduling Conference and the entry of a scheduling order is appropriate. (Id. at PageID 239–40.)

The Court previously set this matter for a Scheduling Conference on July 24, 2025. (ECF No. 25.) At the conference, the Court explained that it would delay the entry of a Scheduling Order, and continue the Scheduling Conference based on the representations of counsel, including that the proceedings in South Dakota might render this matter moot, and that Metz's counsel would agree for this matter to be stayed, but only if the Court were to deny her motion to dismiss.[1]

---

[1] At the July 24 conference, the Court granted Plaintiff leave to file an amended complaint, which she did on August 7, 2025. (ECF No. 26.) After Metz moved to dismiss the

Based on the unavailability of Metz's counsel, the Scheduling Conference cannot be held as scheduled. However, the Court will continue the Scheduling Conference rather than strike it. While acknowledging that the pending Motion to Dismiss and the parallel proceedings in South Dakota make this case atypical, proceeding to set a schedule will ensure that this case proceeds, and may, in fact, contribute to the resolution of the state-court matter.

Therefore, the Motion is **GRANTED IN PART**. The Court will conduct a Scheduling Conference, via Microsoft Teams videoconference, at 1 p.m. October 15, 2025.

**IT IS SO ORDERED,** this 26th day of September, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

---

amended complaint, the Court denied as moot her motion to dismiss the original complaint. (ECF No. 29.)