## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| SHEILA JORDAN CUNNINGHAM, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:25-cv-2258-SHL-atc |
| | ) | |
| SUSAN METZ and FIDELITY INVESTMENTS, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant Susan Metz's Notice of Removal (ECF No. 1), filed March 6, 2025,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing Case Pursuant to Plaintiff's Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) as to Defendants Susan Metz and Fidelity Investments (ECF No. 41), filed February 10, 2026, Plaintiff's claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 10, 2026
Date